UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

CHARLES LEHNERT, JENNIFER MUSARRA, and CELINE D'AMORE,

        Plaintiffs, as proposed class representatives, on behalf of themselves and all others similarly situated; and

ALISON ANDREL, ELISE ARTELT, RACHEL BRANDOFF, PAMELA CAFFREY, KARIN DAUBITZ, CASSIE FARRELLY, CHRISTINA HIOUREAS, MERIN JACOB, VAIBHAV KAJLA, CHRISTOPHER LEAMAN, CHRISTOPHE LEMETRE, JACOB LEVIN, HATSHEPSUT PAKEMAN-SYMISTER, LEE PRESSER, JESSICA RAIMI, SAMILYS RODRIGUEZ, DIANE SWICK and CHRISTIAN ZAMBRANO,

        Plaintiffs and members of the putative class,

   -against-

TOWN SPORTS INTERNATIONAL, LLC and TOWN SPORTS INTERNATIONAL HOLDINGS, INC. d/b/a NEW YORK SPORTS CLUBS, BOSTON SPORTS CLUBS, WASHINGTON SPORTS CLUBS and PHILADELPHIA SPORTS CLUBS,

        Defendants.

------------------------------------------------------------------------ X

Civil Action No.
18-cv-02705 (MKB)(RLM)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law and Declaration of David E. Gottlieb, together with the exhibits attached thereto, Plaintiffs will move this Court, before the Honorable Roanne L. Mann, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting Plaintiffs' Motion for Approval of Attorneys' Fees.


Dated: April 1, 2019
      New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    David E. Gottlieb
    Taylor J. Crabill

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
dgottlieb@wigdorlaw.com
tcrabill@wigdorlaw.com

*Attorneys for Plaintiffs*