# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES LEHNERT, JENNIFER MUSARRA, AND CELINE D'AMORE,<br><br>Plaintiffs, on behalf of themselves and all others similar situated,<br><br>-against-<br><br>TOWN SPORTS INTERNATIONAL, LLC and TOWN SPORTS INTERNATIONAL HOLDINGS, INC. d/b/a NEW YORK SPORTS CLUBS, BOSTON SPORTS CLUBS, WASHINGTON SPORTS CLUBS and PHILADELPHIA SPORTS CLUBS,<br><br>Defendants. | Civil Action No. 1:18-cv-02705<br><br>**STIPULAION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the undersigned counsel for Plaintiffs, Charles Lehnert, Jennifer Musarra, and Celine D'Amore ("Plaintiffs") and Defendants Town Sports International, LLC and Town Sports International Holdings, Inc. d/b/a New York Sports Clubs, Boston Sports Clubs, Washington Sports Clubs and Philadelphia Sports Clubs ("Defendants"), that all claims, cross-claims, and counterclaims, are hereby voluntarily dismissed in their entirety with prejudice, and without costs or fees to any party.

This Stipulation may be filed without further notice to the Clerk of the Court to be "So Ordered" and may be executed in counterparts by facsimile or electronic mail, which when so executed and delivered shall be deemed as the same as an original.

| | |
|---|---|
| **WIGDOR LLP**<br>*Attorneys for Plaintiffs*<br><br>By: _____<br>David Gottlieb, Esq.<br>Taylor J. Crabill, Esq.<br><br>85 Fifth Avenue<br>New York, NY 10003<br>P: (212) 257-6800<br>F: (212) 257-6845<br>E: dgottlieb@wigdorlaw.com<br><br><br>Dated: August 2, 2019<br>New York, New York | **GORDON REES SCULLY MANSUKHANI, LLP**<br>*Attorneys for Defendants*<br><br>By: _____<br>Peter G. Siachos, Esq.<br>Matthew P. Gallo, Esq.<br><br>One Battery Park Plaza, Floor 28<br>New York, NY 10004<br>P: (973) 549-2500<br>F: (973) 377-1911<br>E: psiachos@grsm.com; mgallo@grsm.com<br><br><br>Dated: August 2, 2019<br>New York, New York |

SO ORDERED:
s/ MKB 9/6/2019

_____

MARGO K. BRODIE
United States District Judge